COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| H.D. VEST, INC. AND STEPHANIE CHARITONENKO, | § | No. 08-10-00350-CV |
| | | Appeal from the |
| Appellants, | § | |
| | | 346th District Court |
| v. | § | |
| | | of El Paso County, Texas |
| TEDDY D. WALKER AND LAURA L. JONES, | § | (TC# 2009-4710) |
| | § | |
| Appellees. | | |

## MEMORANDUM OPINION

Pending before the Court is Appellants' unopposed motion for voluntary dismissal of this appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellants. *See* TEX. R. APP. P. 42.1(d).


GUADALUPE RIVERA, Justice

May 27, 2011

Before Chew, C.J., McClure, and Rivera, JJ.